Civil- (Dec-2008)

HONORABLE: Robert M. Spector

DEPUTY CLERK: Nick Langello          RPTR/ECRO/TAPE: CourtSmart

TOTAL TIME: _____ hours  7  minutes

DATE: 5/20/2022     START TIME: 9:37 AM     END TIME: 9:44 AM

LUNCH RECESS   FROM: _____  TO: _____

RECESS (if more than ½ hr)  FROM: _____  TO: _____

CIVIL NO. 3:21-cv-1551 RMS

Gonzalez et al                                                    Peter Goselin
                                                                   Plaintiff's Counsel
           vs
Little K's Landscaping, LLC et al                                  Maura Mastrony
                                                                   Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing          [ ] Show Cause Hearing
[ ] Evidentiary Hearing     [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[ ] .....#36____ Motion to Approve Consent Judgment          [ ] granted [ ] denied [ ] advisement
[ ] .....#_____ Motion_____             [ ] granted [ ] denied [ ] advisement
[ ] .....#_____ Motion_____             [ ] granted [ ] denied [ ] advisement
[ ] .....#_____ Motion_____             [ ] granted [ ] denied [ ] advisement
[ ] .....#_____ Motion_____             [ ] granted [ ] denied [ ] advisement
[ ] .....#_____ Motion_____             [ ] granted [ ] denied [ ] advisement
[ ] .....#_____ Motion_____             [ ] granted [ ] denied [ ] advisement
[ ] .....          Oral Motion_____            [ ] granted [ ] denied [ ] advisement
[ ] .....          Oral Motion_____            [ ] granted [ ] denied [ ] advisement
[ ] .....          Oral Motion_____            [ ] granted [ ] denied [ ] advisement
[ ] .....          Oral Motion_____            [ ] granted [ ] denied [ ] advisement
[ ] .....   [ ] Briefs(s) due _____ [ ] Proposed Findings due _____ Response due _____
[ ] ..........  _____             [ ] filed [ ] docketed
[ ] ..........  _____             [ ] filed [ ] docketed
[ ] ..........  _____             [ ] filed [ ] docketed
[ ] ..........  _____             [ ] filed [ ] docketed
[ ] ..........  _____             [ ] filed [ ] docketed
[ ] ..........  _____             [ ] filed [ ] docketed
[ ] ..........  _____ Hearing continued until _____ at _____

Notes: